1  Joe Sam Owen
   OWEN GALLOWAY & MYERS
2  1414 25th Avenue
   Post Office Drawer 420
3  Gulfport, MS 39502
   Telephone: (228) 868-2821
4  Facsimile: (228) 864-6421

5  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

13 | IN RE: BEXTRA AND CELEBREX
   | MARKETING SALES PRACTICES AND          Case No.: 06-0382 CRB
14 | PRODUCT LIABILITY LITIGATION
   |                                         MDL NO. 1699
15 | Margaret Stockert,                      District Judge: Charles R. Breyer
16 |                      Plaintiff,
17 | vs.
                                             **STIPULATION AND ORDER OF**
18 | Pharmacia Corporation and Pfizer, Inc., **DISMISSAL WITH PREJUDICE**
19 |                      Defendants.

22     Come now Plaintiff in the above-entitled action and Defendants, by and through the
23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24 stipulate to the dismissal of this action **with prejudice as to all parties,** with each side bearing
25 //
26 //
27 //
28 //

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  its own attorneys' fees and costs.

3  DATED: 10/5, 2011    By: _____

   **OWEN GALLOWAY & MYERS**
   1414 25th Avenue
   Post Office Drawer 420
   Gulfport, MS 39502
   Telephone: (228) 868-2821
   Facsimile: (228) 864-6421

   *Attorneys for Plaintiff*

9  DATED: Oct. 5, 2011    By: _____

   **DLA PIPER LLP (US)**
   1251 Avenue of the Americas
   New York, New York 10020
   Telephone: (212) 335-4500
   Facsimile: (212) 335-4501

   *Defendants' Liaison Counsel*

15 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
   IT IS SO ORDERED.**

18 Dated: Oct. 11, 2011    _____
                          Hon. Charles R. Breyer
                          United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**